UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
JAMES MURPHY, on behalf of himself and
all others similarly situated,

                     Plaintiffs,

               -against-

PM PEDIATRICS MANAGEMENT
GROUP, LLC,

                     Defendant.
-------------------------------------------------------- x

Docket No.: 1:18-cv-06787 (KPF)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between JAMES MURPHY and PM PEDIATRICS MANAGEMENT GROUP, LLC, that the above action is hereby discontinued, with prejudice. This Stipulation may be filed without further notice by the Clerk of the Court.

Dated: December 12, 2018
New York, New York

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

_____
Celena R. Mayo, Esq.
Justin A. Guilfoyle, Esq.
*Attorneys for Defendant*
150 East 42nd Street
New York, New York 10017
Tel: (212) 490-3000
Fax: (212) 490-3038

Dated: November 27, 2018
New York, New York

**MIZRAHI & COHEN LLP**

_____
Joseph H. Mizrahi, Esq.
*Attorneys for Plaintiff*
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel: (929) 575-4175

**GOTTLIEB & ASSOCIATES**

Jeffrey M. Gottlieb, Esq.
Dana L. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, New York 10003

The Action is hereby discontinued with prejudice.  The Clerk of Court is directed to terminate all remaining motions and close the case.

Dated:    December 13, 2018              SO ORDERED.
          New York, New York

                                         *[signature: Katherine Polk Failla]*

                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE